*Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 507, Misc. HITE *v.* WESTERN MARYLAND RAILWAY. C. A. 4th Cir. Certiorari denied. *Milford J. Meyer* and *William Saxon* for petitioner. *Hilary W. Gans* for respondent.

No. 508, Misc. LUNCE ET AL. *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *James C. Cooper* for petitioners.

No. 509, Misc. SIMPSON *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied. *A. J. Zirpoli* for petitioner. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 510, Misc. WARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 518, Misc. BURDEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 524, Misc. MAHURIN *v.* MORRIS ET UX. Supreme Court of Missouri. Certiorari denied.